UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


LAMONT O. DOUGLAS, *et al.*

      Plaintiffs

    v.                 C-1-09-60

ROBERT A. RATLIFF, *et al.*,

      Defendants

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 37) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

The Report and Recommendation of the United States Magistrate Judge (doc. no. 37) is hereby **ADOPTED AND INCORPORATED HEREIN BY REFERENCE**.  Plaintiff Lamont Douglas's Motion to Supplement RICO claim (doc. no. 26) is **DENIED** and defendant's Motion to Dismiss and/or for Summary Judgment (doc. no. 25) is **GRANTED**.  Accordingly, this case is **DISMISSED AND TERMINATED** on the docket of this Court at plaintiff's cost.

**IT IS SO ORDERED.**

                                              s/Herman J. Weber
                                         **Herman J. Weber, Senior Judge**
                                            **United States District Court**